WING WO CHUNG v. UNITED STATES.

(Circuit Court, S. D. New York. January 19, 1899.)

No. 2,769.

CUSTOMS DUTIES—CLASSIFICATION—DRIED FRUIT—LYCHEE.
    The Chinese fruit called "lychee," which consists of a shell dried, but not edible, and an interior pulp, in its natural state, which is edible for children, is dutiable as a dried fruit, under paragraph 559 of the act of 1897, and is not included among "other edible fruits dried," provided for in paragraph 262.

This was an application by Wing Wo Chung for a review of a decision of the board of general appraisers in respect to the classification for duty of certain imported merchandise. The goods in question consisted of dried lychee, invoiced as dried fruits, and were returned by the appraisers as dried fruits, two cents per pound, under paragraph 262 of the act of 1897, as "other edible fruits dried." The importer protested, claiming that the merchandise was free of duty, under paragraph 559 of that act, as fruits ripe or dried. The board of general appraisers found that they were edible fruits dried, and affirmed the collector's decision.

Howard T. Walden, for appellant.
Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. This is a Chinese fruit called "lychee," consisting of a shell which is dried, but not edible, and an interior pulp, in its natural state, which is edible for children. The edible part is not dried, and the dried part is not edible. Therefore it does not appear to be an edible dried fruit, which necessarily implies that the edible part is itself dry. Decision reversed.